**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **HERIBERTO MERCADO** | : | |
| | : | **PRISONER** |
| **v.** | : | **Case No. 3:15-cv-33 (VLB)** |
| | : | |
| **COMMISSIONER OF CORRECTIONS** | : | |

## ORDER TO SHOW CAUSE

**Upon the amended petition of Heriberto Mercado, it is hereby**

**ORDERED that the respondent file a response on or before June 26, 2015 why the relief prayed for in the petition for writ of habeas corpus should not be granted, and it is**

**ORDERED that the Clerk serve this petition by delivering a copy of this order and a copy of the petition and all attachments to respondent's representative, Jo Anne Sulik, Supervisory Assistant State's Attorney, Office of the Chief State's Attorney, on or before May 13, 2015.**

**/s/**
**Vanessa L. Bryant**
**United States District Judge**

**Dated at Hartford, Connecticut this 8th day of May 2015.**